UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHARON LAMONT BOSLEY** | **CIVIL ACTION NO. 23-0033** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **RICHLAND PARISH DETENTION CENTER** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Charon Lamont Bosley's Complaint [Doc. No. 1]; is hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 5th day of June 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE